Rolando OTERO, Plaintiff-Appellant,

v.

**UNITED STATES ATTORNEY GENER-AL, State of Florida, Richard Gerstein, Defendants-Apellees.**

No. 87–5291
Non-Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 13, 1987.

Rolando Otero, pro se.

Leon B. Kellner, U.S. Atty., Miami, Fla., Guy W. Harrison, Andrea M. Simonton, Linda Collins Hertz, Asst. U.S. Attys., Robert A. Butterworth, Atty. Gen., Dept. of Legal Affairs, Tallahassee, Fla., for State of Florida and Richard Gerstein.

Before RONEY, Chief Judge, VANCE and CLARK, Circuit Judges.

PER CURIAM:

Rolando Otero filed a complaint seeking the issuance of a *writ of mandamus* to compel defendants to investigate and prosecute a former Florida State Attorney. The district court properly dismissed the complaint with prejudice for two reasons.

First, a private citizen has no judicially cognizable interest in the prosecution or non-prosecution of another. *Linda R.S. v. Richard D.*, 410 U.S. 614, 619, 93 S.Ct. 1146, 1149, 35 L.Ed.2d 536 (1973).

Second, prosecutorial discretion may not be controlled by a *writ of mandamus*. *Powell v. Katzenbach*, 359 F.2d 234 (D.C.

[*] Senior Circuit Judge Lewis R. Morgan elected to participate in this decision, pursuant to 28 U.S. C.A. § 46(c).

Cir.1965), *cert. denied*, 384 U.S. 906, 86 S.Ct. 1341, 16 L.Ed.2d 359 (1966).

AFFIRMED.